HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ERWIN SINGH BRAICH,

        Plaintiff,

v.

STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY; SHREE SHARMA; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,

        Defendants.

No. 2:07-cv-00177-JCC

SPECIAL NOTICE OF APPEARANCE

TO:      The Clerk of the Court

AND TO:  All counsel of record.

      YOU WILL PLEASE TAKE NOTICE that defendants KPMG, INC.; KPMG LLP; ROBERT RUSKO and DAVID WOOD, without waiving any defense, including but not limited to any jurisdictional defenses such as subject matter jurisdiction, improper forum, lack of jurisdiction over defendant, lack of service of process, lack of venue, or failure of

SPECIAL NOTICE OF APPEARANCE
NO. 2:07-cv-00177-JCC – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

1  the Complaint to state a claim upon which relief may be granted, and specifically and
2  expressly reserving their right to raise any defenses by motion or answer, hereby appear in
3  the above-entitled action through the undersigned attorneys of record. You are notified that
4  the service of all further pleadings, notices, documents, or other papers herein, exclusive of
5  process, may be had upon said defendants by serving the undersigned attorneys at their
6  address stated below.

8  DATED: April 19, 2007.   YARMUTH WILSDON CALFO PLLC

9  By: /s/ Harold A. Malkin
   Harold A. Malkin, WSBA No. 30986
10   Jeremy E. Roller, WSBA No. 32021
   Fourth & Madison
11  925 Fourth Avenue, Suite 2500
   Seattle, WA 98104
12  Phone: (206) 516-3800
13  Fax:   (206) 516-3888
   Email: hmalkin@yarmuth.com
14       jroller@yarmuth.com

15  Attorneys for Defendants KPMG, INC.; KPMG
16  LLP; Robert Rusko; and David Wood

SPECIAL NOTICE OF APPEARANCE
NO. 2:07-cv-00177-JCC – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

474.01 hd194801 4/19/07