HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>              Plaintiff,<br><br>    v.<br><br>STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY; SHREE SHARMA; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,<br><br>              Defendants. | No. 2:07-cv-00177-JCC<br><br>CERTIFICATE OF SERVICE |

    I hereby certify that on this date, I electronically filed Special Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to **Hugh W. Berry, Peter M Ruffatto, David Thomas Wendel, and Richard Steven Puz.**

    I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

| | |
|---|---|
| 1 | Dated this 19th day of April, 2007 at Seattle, Washington. |
| 2 | |
| 3 | *Shelley Meyer* |
| 4 | Shelley Meyer<br>Legal Assistant |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 2

YARMUTH WILSDON CALFO PLLC

FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

474.01 hd194802 4/19/07