The Honorable John C. Coughenour

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| ERWIN SINGH BRAICH, <br><br> Plaintiff, <br><br> vs. <br><br> STEVE MITTELSTAEDT, et al, <br><br> Defendant. | No. CV7 0177C <br><br> [PROPOSED] **ORDER DISMISSING COMPLAINT AGAINST MCLEAN PARTIES** |

THIS MATTER comes before the court upon motion by defendants Brian G.N. McLean and McLean & Armstrong, LLP (hereafter, "McLean Parties"). The court, having considered the McLean Parties' motion, the responsive filed by the plaintiff and the McLean Parties' reply, and being otherwise duly advised, the court hereby orders that the McLean Parties Motion to Dismiss is GRANTED and the plaintiff's claims against the McLean Parties set forth in the complaint filed in this action are hereby DISMISSED, with prejudice.

DATED this _____ day of _____, 2007.

_____
The Honorable John C. Coughenour
United State District Court Judge

Order Dismissing Complaint Against McLean Parties - 1

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

W:\CLIENTS\2713\103\dismissal order.doc

1  Presented by:

2  BUCKNELL STEHLIK SATO & STUBNER, LLP

3

4  ___/s/ Jerry N. Stehlik_____
   Jerry N. Stehlik, WSBA #13050
5  of Attorneys for Defendants Brian G.N. McLean
   and McLean & Armstrong, LLP

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Order Dismissing Complaint Against McLean Parties - 2

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144  •  fax (206) 587-0277

W:\CLIENTS\2713\103\dismissal order.doc