The Honorable John C. Coughenour

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>  Plaintiff,<br><br>vs.<br><br>STEVE MITTELSTAEDT, et al,<br><br>  Defendant. | No. CV7 0177C<br><br>**DECLARATION OF JERRY N. STEHLIK IN SUPPORT OF McLEAN PARTIES' MOTION TO DISMISS** |

1.  My name is Jerry N. Stehlik. I am counsel for Brian G.N. McLean and McLean & Armstrong, LLP in this action.

2.  Attached are copies of select portions of the Canadian Bankruptcy and Insolvency Act, more specifically Section 5 regarding the appointment of superintendents of bankruptcy; Section 13 regarding the licensing of trustees; Section 30, regarding powers exercisable by a

//
//
//
//

Declaration of Jerry N. Stehlik - 1

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

W:\CLIENTS\2713\103\stehlik declaration.doc

1  bankruptcy trustee; and Section 67, defining property of the bankruptcy estate. Also attached is a
2  copy of the Canadian Bill of Rights (S.C. 1960 c.44).
3      I declare under penalty of perjury that the foregoing is true and correct.
4      DATED this 1st day of May, 2007.

5
6                                                 Jerry N. Stehlik

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Declaration of Jerry N. Stehlik - 2

W:\CLIENTS\2713\103\stehlik declaration.doc

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277