HON. JOHN C. COUGHENOUR

Donald E. Hacker, Jr.
HACKER & WILLIG, INC., P.S.
520 Pike Street, Suite 2510
Seattle, Washington 98101-4006
Telephone (206) 340-1935

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

ERWIN SINGH BRAICH,

Plaintiff,

STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY; SHREE SHARMA; DEBORAH BORTNER; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,

Defendants.

NO. CV7-0177-C

**NOTICE OF APPEARANCE**

TO THE:   CLERK OF COURT;
AND TO:   All counsel of record.

PLEASE TAKE NOTICE that Defendants Her Majesty the Queen in Right of the Government of Canada and RCMP Sergeant Tim Alder, without waiving any defense, including

NOTICE OF APPEARANCE - 1

1  but not limited to any jurisdictional defenses such as subject matter jurisdiction, improper forum,

2  lack of jurisdiction over defendant, lack of service of process, lack of venue, or failure of the

3

4  Complaint to state a claim upon which relief may be granted, and specifically and expressly

5  reserving their right to raise any defenses by motion or answer, hereby appear in the above-

6  entitled action through the undersigned attorneys of record.  You are notified that the service of

7  all further pleadings, notices, documents, or other papers herein, exclusive of process, may be had

8
9  upon said defendants by serving the undersigned attorneys at their address stated below.

10
       DATED: May 7, 2007.

11

12
                                HACKER & WILLIG, INC., P.S.

13

14
                                By:  */s/ Donald E. Hacker, Jr.*

15                                     Donald E. Hacker, Jr., WSBA #13065
                                520 Pike Street, Suite 2510

16                                  Seattle, Washington 98101-4006
                                Phone: (206) 340-1935

17                                  Fax:  (206) 340-1936

18                                  Email:  don@hackerwillig.com

19
                                Attorneys for Defendants

20                                  Her Majesty the Queen in Right of the
                                Government of Canada and RCMP Sargeant

21                                  Tim Alder

22

23

24

25

26

NOTICE OF APPEARANCE - 2