HON. JOHN C. COUGHENOUR

Donald E. Hacker, Jr.
HACKER & WILLIG, INC., P.S.
520 Pike Street, Suite 2510
Seattle, Washington 98101-4006
Telephone (206) 340-1935

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>Plaintiff,<br><br>STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY;  SHREE SHARMA; DEBORAH BORTNER; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,<br><br>Defendants. | NO. CV7-0177-C<br><br>DECLARATION OF MAILING |

      I, Devorah R. Joslin, under oath, declare:

      1.     I am a citizen of the United States of America, over eighteen years of age.

      2.     I make this declaration based upon my personal knowledge and am competent to testify to the matters contained herein.

DECLARATION OF MAILINNG - 1

3.  I am an employee of Hacker & Willig, Inc., P.S., attorneys for Defendants Her Majesty the Queen in Right of the Government of Canada and RCMP Sergeant Tim Alder.

4.  On May 7, 2007, I caused to be deposited in the mails of the United States of America, via First Class mail, postage prepaid envelope containing a true and correct copy of the **Notice of Appearance** to the following persons:

> Hugh W. Berry
> HWB-ESQ., PLLC
> P.O. Box 13085
> Mill Creek, WA 98082-1085
> (Attorney for Plaintiff)

5.  I make the foregoing statements under the penalty of perjury.

DATED this 7th day of May 2007.

/s/ *Devorah R. Joslin*
Devorah R. Joslin

DECLARATION OF MAILINNG - 2

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2510
Seattle, Washington 98101-2509
Telephone (206) 340-1935