| | |
|---|---|
| | HON. JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ERWIN SINGH BRAICH,

        Plaintiff,

STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY; SHREE SHARMA; DEBORAH BORTNER; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,

        Defendants.

**NO. 2:07-cv-00177-JCC**

**GOVERNMENT OF CANADA AND RCMP TIM ALDER'S NOTICE OF SOVEREIGN IMMUNITY AND SUGGESTION OF PRIOR FOREIGN BANKRUPTCY CASE**

TO THE:    PLAINTIFF;
AND TO:    ALL COUNSEL OF RECORD.

    PLEASE TAKE NOTICE that the above-named Defendants, THE GOVERNMENT OF CANADA and RCMP SARGEANT TIM ALDER, hereby assert their complete immunity from suit herein under The Foreign Sovereign Immunities Act 28 U.S.C. § 1602, et seq.

NOTICE OF SOVEREIGN IMMUNITY AND
SUGGESTION OF PRIOR FOREIGN PROCEEDING - 1
NO. 2:07-cv-00177-JCC

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2510
Seattle, Washington 98101-2509
Telephone (206) 340-1935
Facsimile (206) 340-1936

1  PLEASE TAKE FURTHER NOTICE of a prior foreign bankruptcy case, in the Matter of
2  the Bankruptcy of Erwin Singh Braich, No. 193466VA99, which was pending before the Supreme
3  Court of British Columbia, Canada when the above-captioned case was filed.
4  
5  The above notice is given in advance of motion for dismissal, or other responsive pleading,
6  by The Government of Canada and RCMP Tim Alder on the basis of sovereign immunity, and
7  such other grounds as may be asserted therein.

DATED this 16th day of May, 2007.

HACKER & WILLIG, INC., P.S.


By: /s/ Donald E. Hacker, Jr.
　　Donald E. Hacker, Jr., WSBA #13065
520 Pike Street, Suite 2510
Seattle, Washington 98101-4006
Phone: (206) 340-1935
Fax:  (206) 340-1936
Email:  don@hackerwillig.com

Attorneys for Defendants,
The Government of Canada and RCMP
Sargeant Tim Alder

NOTICE OF SOVEREIGN IMMUNITY AND
SUGGESTION OF PRIOR FOREIGN PROCEEDING - 2
NO. 2:07-cv-00177-JCC

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2510
Seattle, Washington 98101-2509
Telephone (206) 340-1935
Facsimile (206) 340-1936