THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERWIN SINGH BRAICH, ) | NO.   CV7-0177C |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| STEVE MITTELSTAEDT, ET AL., ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on this date, I electronically filed the following:

1. Plaintiff's Response to Defendants' Brian McLean's and McLean & Armstrong's Motion to Dismiss;

2. Appendix "A" to Plaintiff's Response;

3. Appendix "B" to Plaintiff's Response;

4. Appendix "C" to Plaintiff's Response;

5. Certificate of Service.

CERTIFICATE OF SERVICE
NO. CV7-0177C PAGE- 1

HWB - ESQ., PLLC
PO BOX 13085
Mill Creek, WA 98082
(206) 774-0845
FAX (206) 350-0134

1   With the Clerk of the Court using the CM/ECF system which will send notification

2   of such filing to Jerry Nolan Stehlik, David Thomas Wendel, Richard Steven Puz, Harold

3   Malkin, Peter Ruffatto, Jeremy E. Roller, and Donald E. Hacker.

4   //

5   //

6   I declare under the penalty of perjury under the laws of the State of Washington that the

7   foregoing is true and correct.

8   DATED: this 21st day of May, 2007.

By: /s/ Hugh W. Berry
Hugh W. Berry, WSBA No. 23509
HWB-ESQ., PLLC
PO BOX 13085
Mill Creek, Washington 98082
Telephone: 206-774-0845
Facsimile: 206-350-013

Attorney for Erwin Singh Braich

CERTIFICATE OF SERVICE
NO. CV7-0177C PAGE- 2

HWB - ESQ., PLLC
PO BOX 13085
Mill Creek, WA 98082
(206) 774-0845
FAX (206) 350-0134