U.S. Department of Justice
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant* | Address of receiving authority<br>*Adresse de l'autorite destinataire* |
|---|---|
| Hugh W. Berry, Esq.<br>HWB-ESQ., PLLC<br>PO BOX 13085<br>Mill Creek, Washington, USA 98082 | Central Authority Administrator<br>Ministry of the Attorney General for B.C.<br>Order-in-Council Office<br>Room 208<br>553 Superior Street<br>Victoria, British Columbia V8V1X4, CANADA |

The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres, en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*
    *(identite et adresse)*

RCMP Sargeant Tim Alder (RCMP-IMET)

8453 214 Street, Langley, BC, CANADA V1M 2J2 (604) 882-8116/(604) 602-4470

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes legales (article 5 alinea premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas echeant, par remise simple (article 5, alinea 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate• a provided on the reverse side.

*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

List of documents
*Enumuration der pieces*

Summons and Complaint

Done at Mill Creek, WA, USA, the 19th of March 200_
*Fait 'a*                                , *le*

Signature and/or stamp
*Signature et/ ou cachet*

HWB-ESQ., PLLC by Hugh W. Berry

*Delete if inappropriate*
*Rayer les mentions inutiles.*

USM Form 94
Est. 11/77, Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et a la notfrarion – l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

(article 5, fourth paragraph)
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
Nom ei addressee tie l'autorite requirante:

Hugh W. Berry, HWB-ESQ., PLLC, PO BOX 13085, Mill Creek, Washington, USA 98082

**Particulars of the parties:**
Identite des parties:

## JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet tie I'acte-*

To commence litigation in the United States District Court for the Western District of Washington (Seattle)

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*

Lawsuit for Declaratory/Injunctive relief, and Money Damages ($500,000,000.00) for tortious conduct and Constitutional violations.

**Date and place for entering appearance-.**
*Date el lieu de la comparution:*

Answer must be served on HWB-ESQ., PLLC within twenty (20) days after service of Summons and Complaint.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la decision:*

**Dale of judgment\*\*:**
*Date de /a decision:*

**Time limits stated in the document\*\*:**
*Indication des delias figurant dans l'acte:*

ANSWER MUST BE SERVED WITHIN TWENTY (20) DAYS AFTER SERVICE OF SUMMONS AND COMPLAINT

## EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet l'acte:*

**Time limits stated in the document:\*\***
*Indication des delias figurant dans l'acte:*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of WASHINGTON

ERWIN SINGH BRAICH

V.

STEVE MITTELSTAEDT, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV7-0177C

TO: (Name and address of Defendant)

RCMP SARGEANT TIM ALDER (RCMP-IMET)
8453 214 ST
LANGLEY, BC, CANADA V1M 2J2
(604) 882-8116, (604) 602-4470

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HUGH BERRY
HWB-ESQ., PLLC
PO BOX 13085
MILL CREEK, WASHINGTON 98082

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

BRUCE RIFKIN                                                    3/19/07
CLERK                                                             DATE

(By) DEPUTY CLERK

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a l'honneur d'atiesier conformiment 'a l'article 6 de ladite Convention.*

**1) that the document has been served ***
*1. que la demande a execute*
-the (date) *-le (date)*     19 April 2007
-at (place, street, number) *-a (loralni, rue numbo)*     14340-57TH Ave Surrey BC V3X-1B2 (Surrey Provincial Court)

--in one of the following methods authorized by article 5-
*--ons une desjormes suivanies privues it l'article 5*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes agales (artirle 5. alinea premier, letire a)*

☐ (b) in accordance with the following particular method:  Personal Service at 14340-57th Ave
*b) selon lnjorme particuliere suivante:*  Surrey BC (Surrey Provincial Court)

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
*c) par remijesiniple*

The documents referred to in the request have been delivered to:
*Les documents mentionnes dans la demande ont ete remis a*

-(identity and description of person)
*-fidentai ei qualit; de la pervonne)*
RCMP SGT Tim ALDER, Identified himself with police badge

-relationship to the addressee family, business or other
*-liens de parente de subordination ou outres, avec le desitruiraire de l'acte*

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement*
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detatl figure au memoire ci-joint.*

**Annexes**
*Annexes*

Surrey Provincial Court
Sheriff Services
14340 - 57th Avenue
Surrey, B.C.  V3X 1B2

**Documents returned:**
*pieces renvoyees*

Done at  Surrey, BC  , the  19April 07
*Fait 'a*                      *, le*

**In appropriate cases, documents establishing the service:**
*Le cas echeant, les documents justificatifs de l'execution:*

Signature and/or stamp.
*Signature et/ou cachet.*
Brian Woods
SGT - SHERIFFS