UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT

SEATTLE

| | |
|---|---|
| ERWIN SINGH BRAICH<br>    Plaintiff,<br>vs.<br>STEVE MITTELSTAEDT, et al<br>    Defendants | Case No. 07 CV 00177 C<br><br>Affidavit of Service |

PROVINCE OF BRITISH COLUMBIA

COUNTRY OF CANADA

1. I, H. Paul Gill, Barrister and Solicitor, of 1000-355 Burrard Street, in the City of Vancouver, in the Province of British Columbia, Canada, V6C 2G8, hereby certify that I did personally serve **Danae North,** a lawyer with the Department of Justice, and a person known to me, located at Robson Court, 900-840 Howe Street, in the City of Vancouver, in the Province of British Columbia, Canada, V6Z 2S9 on April 11, 2007, with the following documents:

2.   **A Summons in a Civil Action**, which is attached to this my affidavit as exhibit "A";

3.   **Notice of Lawsuit to the Government of Canada**, which is attached to this my affidavit as exhibit "B";

4.   An excerpt of the **U.S. Foreign Sovereign Immunities Act, as Amended 1997, United States Code, Title 28. Judiciary and Judicial Procedure, Part IV—Jurisdiction and Venue, Chapter 85—District Courts; Jurisdiction**, which is attached to this my affidavit as exhibit "C";

5.   **Complaint for Declaratory and Injunctive Relief, and for Money Damages**, which is attached to this my affidavit as exhibit "D";

6.   I did served the above-identified documents by delivering the copies to, and leaving them with Danae North, on April 11, 2007, at 3:57 o'clock in the afternoon at 900-840 Howe Street, in the City of Vancouver, in the Province of British Columbia, Canada, V6Z 2S9, and at which time Danae North accepted the above-identified documents voluntarily;

7.   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained within the Affidavit of Service is true and correct.

Executed on this /4th day of May, 2007

H. Paul Gill

WSBA #30706



Notary Public
State of Washington
JEANETTE NADINE GELLNER
My Appointment Expires Sep 1, 2010

A Notary of the taking of oaths in and for the State of Washington

AFFIDAVIT OF SERVICE
P-2-

HP GILL, PLLC
1001 FOURTH AVE. PLAZA
SUITE 3200
SEATTLE, WA 98154
Tel: 206-684-9412