AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __WASHINGTON__

ERWIN SINGH BRAICH

**SUMMONS IN A CIVIL ACTION**

V.

STEVE MITTELSTAEDT, ET AL.

CASE NUMBER: CV7-0177C

This is Exhibit __A__
of the Affidavit of
__H. PAUL GILL__
SWORN THIS 14th DAY
OF MAY, 2007

TO: (Name and address of Defendant)

Her Majesty the Queen in Right of the Government of Canada
C/O Attorney General/Department of Justice in British Columbia:
Robson Court
900-840 Howe St.
Vancouver, B.C.
V6Z 2S9

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HUGH BERRY
HWB-ESQ., PLLC
PO BOX 13085
MILL CREEK, WASHINGTON 98082

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**BRUCE RIFKIN**

APR 0 6 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Notice of Lawsuit, PSI Act, Summons and complaint was made by me[(1)] | DATE: MAY 14/2007 |
| NAME OF SERVER (PRINT): H. PAUL GILL | TITLE: BARRISTER & SOLICITOR |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: ROBSON COURT, 800-840 HOWE ST. IN THE CITY OF VANCOUVER, PROVINCE OF BRITISH COLUMBIA, CANADA V6Z 2S9

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): SEE ATTACHED AFFIDAVIT OF SERVICE, SWORN MAY 14/2007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 14/2007
Date

Signature of Server     WSBA #30706

Address of Server: HPG PLLC, 1000-355 BURRARD ST.
VANCOUVER, B.C.
CANADA V6C 2G8
TEL: 1-604-662-8411
FAX: 1-866-649-8833

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.