This is Exhibit "D"
of the Affidavit of
H. PAUL GILL
SWORN THE 14th DAY
OF MAY, 2007

_____FILED _____ENTERED
_____LODGED_ _____RECEI͞ ͞ ͞
FEB 2 2007 DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

SGT 7031 N/W/SS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERWIN SINGH BRAICH,

    Plaintiff,

v.

STEVE MITTELSTAEDT, individually and in his official capacity as an employee of the Department of Homeland Security;
KEITH M. OLSON, individually and in his official capacity as an employee of the Department of Homeland Security;
THE CITY OF BELLINGHAM;
TYLER LETEY, individually and in his official capacity as an employee of the State of Washington;
SHREE SHARMA, individually and in his official capacity as an employee of the State of Washington;
DEBORAH BORTNER, individually and in her official capacity as an employee of the State of Washington;
THE STATE OF WASHINGTON;
BRIAN G. MCLEAN, individually and in his capacity as an agent on behalf of the Government of Canada;
MCLEAN & ARMSTRONG, a Canadian law firm;
ROBERT RUSKO, individually and in his capacity as an agent on behalf of the Government of Canada;
DAVID WOOD individually and in his capacity as an agent on behalf of the Government of Canada;
KPMG Inc., individually and in its official capacity as an

CASE NO. **CV7 0177C**

COMPLAINT for
DECLARATORY and
INJUNCTIVE RELIEF,
and for MONEY DAMAGES

**JURY TRIAL DEMANDED**

07-CV-00177-CMP

COMPLAINT - 1

HWB-ESQ., PLLC
PO BOX 13085
Mill Creek Washington
Telephone 206-774-0845
Facsimile: 206-350-0134