HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>                    Plaintiff,<br><br>      v.<br><br>STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY; SHREE SHARMA; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,<br><br>                    Defendants. | No. 2:07-cv-00177-JCC<br><br>STATUS REPORT REGARDING RELATED PROCEEDINGS IN THE SUPREME COURT OF BRITISH COLUMBIA |

In advance of the status conference scheduled in this matter for July 24, 2007, defendants KPMG Inc., KPMG LLP, Robert Rusko, and David Wood (collectively, the "KPMG Defendants") submit this status report regarding related proceedings before the Supreme Court of British Columbia. Those proceedings are relevant to the KPMG Defendants' Motion to Dismiss (Dkt. # 13) presently pending before this Court.

STATUS REPORT REGARDING RELATED
PROCEEDINGS IN THE SUPREME COURT OF
BRITISH COLUMBIA
NO. 2:07-cv-00177-JCC – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

1   As set forth in the Reply Declaration of Jeremy Roller in Support of the KPMG
2   Defendants' Motion to Dismiss (Dkt. # 25), on May 11, 2007, the KPMG Defendants filed
3   a motion in the Matter of the Bankruptcy of Erwin Singh Braich, No. 193466VA99,
4   pending before the Supreme Court of British Columbia in Bankruptcy.  By that motion (the
5   "Canadian Bankruptcy Motion") the KPMG Defendants seek a (1) declaration that Braich
6   is required to obtain leave of the Supreme Court of British Columbia in Bankruptcy before
7   suing them, and (2) an injunction enjoining Braich from prosecuting this or other actions
8   against them absent leave from the Supreme Court of British Columbia in Bankruptcy.

9   On July 18, 2007, the Honorable Chief Justice Brenner of the Supreme Court of
10  British Columbia held a case management conference regarding the conduct and scheduling
11  of the hearing on the Canadian Bankruptcy Motion.  In that case management conference,
12  Chief Justice Brenner directed, *inter alia*, that the hearing on the Canadian Bankruptcy
13  Motion be scheduled for two days, as opposed to the two weeks requested by Erwin Braich.
14  Chief Justice Brenner advised that he would hear the motion if he was able and that the
15  parties were to consult the Trial Coordinator regarding his availability.  Following the
16  parties' consultation, the Trial Coordinator scheduled the hearing to commence on October
17  1, 2007, at which time the parties are advised Chief Justice Brenner likely will be available
18  to hear the matter.

19  The KPMG Defendants respectfully submit that their Motion to Dismiss should be
20  granted on the record presently before the Court.  Alternatively, if this Court believes it may
21  benefit from guidance that the Supreme Court of British Columbia is anticipated to furnish
22  in resolving the Canadian Bankruptcy Motion, the KPMG Defendants will provide this
23  //
24  //
25  //
26  //

STATUS REPORT REGARDING RELATED
PROCEEDINGS IN THE SUPREME COURT OF
BRITISH COLUMBIA
NO. 2:07-cv-00177-JCC – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

1 | Court with that decision in an additional status report immediately following resolution of
2 | that motion.
3 |
4 |     Respectfully submitted, this 20th day of July, 2007.
5 |
6 | YARMUTH WILSDON CALFO PLLC
7 | By: /s/ Harold A. Malkin
    Harold A. Malkin, WSBA No. 30986
    Jeremy E. Roller, WSBA No. 32021
8 | Fourth & Madison
9 | 925 Fourth Avenue, Suite 2500
Seattle, WA 98104
10 | Phone: (206) 516-3800
Fax:   (206) 516-3888
11 | Email: hmalkin@yarmuth.com
       jroller@yarmuth.com
12 |
13 | Attorneys for KPMG Inc., KPMG LLP, Robert Rusko, and David Wood
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

STATUS REPORT REGARDING RELATED PROCEEDINGS IN THE SUPREME COURT OF BRITISH COLUMBIA
NO. 2:07-cv-00177-JCC – Page 3
474.01 hg191502 7/20/07

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888