HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ERWIN SINGH BRAICH,

          Plaintiff,

    v.

STEVE MITTELSTAEDT; KEITH M.
OLSON; THE CITY OF
BELLINGHAM; TYLER LETEY;
SHREE SHARMA; THE STATE OF
WASHINGTON; BRIAN G. McLEAN;
McLEAN & ARMSTRONG; ROBERT
RUSKO; DAVID WOOD; KPMG, INC.;
KPMG LLP; RCMP SARGEANT TIM
ALDER; THE GOVERNMENT OF
CANADA; and JOHN/JANE DOES 1-
10,

          Defendants.

No. 2:07-cv-00177-JCC

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the following:

1.  Status Report Regarding Related Proceedings in the Supreme Court of British Columbia; and this

2.  Certificate of Service

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 1

YARMUTH WILSDON CALFO PLLC

FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to **Hugh W. Berry, Priscilla To-Yin Chan, Peter M Ruffatto, David Thomas**

**Wendel, Richard Steven Puz, Jerry Stehlik and Donald E. Hacker, Jr.**

     I declare under penalty of perjury under the laws of the State of Washington that the

foregoing is true and correct.

     Dated this 20th day of July, 2007 at Seattle, Washington.

Shelley Meyer
Legal Assistant

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 2

**YARMUTH WILSDON CALFO PLLC**

FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888