Honorable John C. Coughenor

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ERWIN SINGH BRAICH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> STEVE MITTELSTAEDT, ET AL, <br><br> Defendants. | No. CV07-0177C <br><br> NOTICE OF SETTLEMENT |

The Plaintiff ERWIN SINGH BRAICH hereby provides notice that his lawsuit against Defendants TIM ALDER, and the GOVERNMENT OF CANADA has been settled in its entirety. The Settlement Agreement endorsed by each party is herein attached. A Notice of Dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), will be forthcoming.

Dated this 20th day of July, 2007.

s/ **_Hugh W. Berry_**

Hugh W. Berry, WSBA # 23509
**HWB - ESQ.** $^{PLLC}$
P.O. BOX 13085
Mill Creek, WA  98082
Phone Number: 206.774.0845
Email: hwberry.esq@verizon.net

NOTICE OF SETTLEMENT AGREEMENT
(CV07-0177C) - 1

HWB – ESQ., PLLC
P.O. BOX 13085
MILL CREEK, WA 98082
TELEPHONE: 20E6.774.0845