THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERWIN SINGH BRAICH, ) | NO.   CV7-0177C |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| STEVE MITTELSTAEDT, ET AL., ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on this date, I electronically filed the following:

1. Notice of Settlement Agreement.

2. Certificate of Service.

With the Clerk of the Court using the CM/ECF system which will send notification

of such filing to Jerry Nolan, David Thomas Wendel, Richard Steven Puz, Harold

CERTIFICATE OF SERVICE
NO. CV7-0177C PAGE- 1

HWB - ESQ., PLLC
PO BOX 13085
Mill Creek, WA 98082
(206) 774-0845
FAX (206) 350-0134

1 | Malkin, Peter Ruffatto, Jeremy E. Roller, and Donald E. Hacker, Priscilla To-Yin Chan.

2 |     I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

3

4 |     DATED: this 20th day of July, 2007.

5 | By: /s/ Hugh W. Berry
Hugh W. Berry, WSBA No. 23509
6 | HWB-ESQ., PLLC
PO BOX 13085
7 | Mill Creek, Washington 98082
Telephone: 206-774-0845
8 | Facsimile: 206-350-013

9 | Attorney for Erwin Singh Braich

CERTIFICATE OF SERVICE
NO. CV7-0177C PAGE- 2

HWB - ESQ., PLLC
PO BOX 13085
Mill Creek, WA 98082
(206) 774-0845
FAX (206) 350-0134