Honorable John C. Coughenor

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ERWIN SINGH BRAICH, an individual, | No. CV07-0177C |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS THE GOVERNMENT OF CANADA AND TIM ALDER |
| v. | |
| TIM ALDER, an individual, and | |
| THE GOVERNMENT OF CANADA; | |
| Defendants. | |

The Plaintiff ERWIN SINGH BRAICH hereby provides notice, pursuant to Fed. R. Civ. P. 41(a)(1) that he hereby dismisses Defendant Tim Alder and the Defendant Government of Canada from this action, with prejudice.

Dated this ⟨th⟩ day of July, 2007.

Hugh W. Berry WSBA No.: 23509

HWB – ESQ., PLLC

21
22
23
24
25
26
27

NOTICE OF VOLUNTARY DISMISSAL
(CV07-0177C) - 7