HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ERWIN SINGH BRAICH,

    Plaintiff,

v.

STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY; SHREE SHARMA; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,

    Defendants.

No. 2:07-cv-00177-JCC

SECOND STATUS REPORT REGARDING RELATED PROCEEDINGS IN THE SUPREME COURT OF BRITISH COLUMBIA

COME NOW Defendants KPMG Inc., KPMG LLP, Robert Rusko, and David Wood (collectively, the "KPMG Defendants") and submit this Second Status Report to the Court regarding related proceedings in the Supreme Court of British Columbia.

The proceedings in the Supreme Court of British Columbia regarding Section 215 of the Canadian Bankruptcy and Insolvency Act, of which this Court was previously advised, occurred on October 1, 2007 before Chief Justice Brenner. The Chief Justice advised that

SECOND STATUS REPORT REGARDING RELATED PROCEEDINGS IN THE SUPREME COURT OF BRITISH COLUMBIA
NO. 2:07-cv-00177-JCC – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

he intended to issue a written decision on the separate, but related, Applications of the KPMG Defendants and of Defendant McLean within the next several weeks.

Consistent with this Court's Order dated August 7, 2007, the KPMG Defendants will promptly file Chief Justice Brenner's Order(s) with this Court.

Respectfully submitted, this 4th day of October, 2007.

YARMUTH WILSDON CALFO PLLC

By: /s/ *Harold A. Malkin*
    Harold A. Malkin, WSBA No. 30986
    Jeremy E. Roller, WSBA No. 32021
Fourth & Madison
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Phone: (206) 516-3800
Fax:   (206) 516-3888
Email: hmalkin@yarmuth.com
        jroller@yarmuth.com

Attorneys for KPMG Inc., KPMG LLP, Robert Rusko, and David Wood

SECOND STATUS REPORT REGARDING RELATED PROCEEDINGS IN THE SUPREME COURT OF BRITISH COLUMBIA
NO. 2:07-cv-00177-JCC – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>                Plaintiff,<br><br>     v.<br><br>STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY; SHREE SHARMA; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,<br><br>                Defendants. | No. 2:07-cv-00177-JCC<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on this date, I electronically filed the following:

1. Second Status Report Regarding Related Proceedings in the Supreme Court of British Columbia; and
2. this Certificate of Service

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 1

YARMUTH WILSDON CALFO PLLC

FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to to **Hugh W. Berry, Priscilla To-Yin Chan, Peter M Ruffatto, David Thomas Wendel, Richard Steven Puz, Jerry Stehlik and Donald E. Hacker, Jr.**

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 4th day of October, 2007 at Seattle, Washington.

*[signature]*
Lisa Tardiff, Legal Assistant

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

474.01 hj045104 10/4/07