HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ERWIN SINGH BRAICH,

        Plaintiff,

   v.

STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY; SHREE SHARMA; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,

        Defendants.

No. 2:07-cv-00177-JCC

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the following:

1. Third Status Report Regarding Related Proceedings in the Supreme Court of British Columbia *and* Renewed Request for Dismissal; and

2. this Certificate of Service

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to **Priscilla To-Yin Chan, Peter M Ruffatto, David Thomas Wendel, Richard**

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

| | |
|---|---|
| 1 | **Steven Puz, Jerry Stehlik and Donald E. Hacker, Jr.,** and I hereby certify that I have |
| 2 | mailed by United States Postal Service true and correct copies of said documents to the |
| 3 | following non CM/ECF participants: |
| 4 | **Plaintiff** |
| 5 | Erwin Singh Braich |
| | 33474 Kingsley Terrace |
| 6 | Abbotsford, BC |
| | Canada  V2S 6J6 |
| 7 | Phone: 778.232.7053 |
| | Fax: |
| 8 | Email: erwinsinghbraich@yahoo.com |
| 9 | ☐ Via Email |
| | ☐ Via Facsimile |
| 10 | ☐ Via Federal Express |
| | ☐ Via Hand Delivery |
| 11 | ☒ Via U.S. Mail |
| 13 | I declare under penalty of perjury under the laws of the State of Washington that the |
| 14 | foregoing is true and correct. |
| 15 | Dated this 8th day of November, 2007 at Seattle, Washington. |
| 17 | /s/ Shelley Meyer |
| | Shelley Meyer, Legal Assistant |

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 2

**YARMUTH WILSDON CALFO PLLC**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

474.01 hk084802 11/8/07