District Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERWIN SINGH BRAICH,                    )
                                       )        Case No. 07-0177 JCC
                   Plaintiff,          )
                                       )        SUPPLEMENTAL DECLARATION OF
          v.                           )        ERWIN SINGH BRAICH IN
                                       )        RESPONSE TO THE
                                       )        DEFENDANTS' MOTION TO
                                       )        DISMISS OR, IN THE
                                       )        ALTERNATIVE,
                                       )        FOR SUMMARY JUDGEMENT
                                       )
                                       )
                                       )
STEVE MITTELSTAEDT, ET AL,             )
                                       )
                   Defendants.         )
_____)

        I, Erwin Singh Braich, declare as follows:

        1. I am a Canadian citizen and resident of British Columbia,

        Canada. I make this declaration based on personal knowledge and,

        if called to testify, could and would testify to the facts set forth

        herein.

2. I have previously filed a Declaration dated November 9, 2007 in support of my response to this matter.

3. It is my considered view that since some of the other Defendants in this Complaint are relying on overlapping arguments based on alleged facts; I must clarify certain items as set out in the Statement of Facts and in particular the Olson and Mittelstaedt Declarations (Exhibits A and B).

4. In paragraph 3, 4, 5, and 6, of the Mittelstaedt Declaration there is a serious allegation of "money laundering activity" which is referred to.

5. It is highly unusual (in these circumstances) and suspicious that a United States Customs and Border Patrol Officer could "extract evidence", "verify", "analyze" and "assess" this and or other "illegal financial activity" in the span of approximately fifteen minutes as sworn in his Declaration in paragraph 13.

6. Agent/Defendant Mittelstaedt in pragraphs 9 and 10 makes statements which are inconsistent with the evidence that will be presented in the procedural due process in this case.

I declare under penalty of perjury under the applicable laws of Canada, United States of America, and the State of Washington that I have read the foregoing and that all statements made are true and correct to the best of my knowledge.

Executed in Calgary, Alberta on this 12th day of November, 2007

_____/s/ Erwin S. Braich_____

Erwin Singh Braich,  Declarant