HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY; SHREE SHARMA; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,<br><br>　　　　　　　　Defendants. | No. 2:07-cv-00177-JCC<br><br>[PROPOSED] ORDER GRANTING THE KPMG DEFENDANTS' RENEWED MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>**December 21, 2007** |

　　　THIS MATTER comes before the Court on the Renewed Motion to Dismiss filed by Defendants KPMG Inc., KPMG LLP, Robert Rusko, and David Wood (collectively, the "KPMG Defendants"). Having considered the KPMG Defendants' Motion, the Response of Plaintiff Erwin Singh Braich ("Braich"), and the KPMG Defendants' Reply, and being fully apprised, the Court ORDERS as follows:

[PROPOSED] ORDER GRANTING THE KPMG DEFENDANTS' RENEWED MTN. TO DISMISS NO. 2:07-cv-00177-JCC – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

1  The KPMG Defendants' Renewed Motion to Dismiss is GRANTED. Braich's
2  claims against KPMG Inc., KPMG LLP, Robert Rusko, and David Wood are DISMISSED.

4  DATED this _____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
6  　　　　　　　　　　　　　　　　　　　　　　　　The Honorable John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by,

YARMUTH WILSDON CALFO PLLC

By: /s/ Jeremy E. Roller
　　　Harold A. Malkin, WSBA No. 30986
　　　Jeremy E. Roller, WSBA No. 32021
Fourth & Madison
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Phone: (206) 516-3800
Fax:    (206) 516-3888
Email:  hmalkin@yarmuth.com
　　　　　jroller@yarmuth.com

Attorneys for KPMG Inc., KPMG LLP,
Robert Rusko, and David Wood

[PROPOSED] ORDER GRANTING THE KPMG
DEFENDANTS' RENEWED MTN. TO DISMISS
NO. 2:07-cv-00177-JCC – Page 2

474.01 hk291501 11/29/07

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888