HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ERWIN SINGH BRAICH,

          Plaintiff,

      v.

STEVE MITTELSTAEDT; KEITH M.
OLSON; THE CITY OF
BELLINGHAM; TYLER LETEY;
SHREE SHARMA; THE STATE OF
WASHINGTON; BRIAN G. McLEAN;
McLEAN & ARMSTRONG; ROBERT
RUSKO; DAVID WOOD; KPMG, INC.;
KPMG LLP; RCMP SARGEANT TIM
ALDER; THE GOVERNMENT OF
CANADA; and JOHN/JANE DOES 1-
10,

          Defendants.

No. 2:07-cv-00177-JCC

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the following:

1.  The KPMG Defendants' Renewed Motion to Dismiss;

2.  [Proposed] Order Granting The KPMG Defendants' Renewed Motion to
    Dismiss; and

3.  this Certificate of Service

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 1

with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to **Priscilla To-Yin Chan, Peter M Ruffatto, David Thomas Wendel, Richard**

**Steven Puz, Jerry Stehlik and Donald E. Hacker, Jr.,** and I hereby certify that I have

mailed by United States Postal Service true and correct copies of said documents to the

following non CM/ECF participants:

**Plaintiff**

Erwin Singh Braich
33474 Kingsley Terrace
Abbotsford, BC
Canada  V2S 6J6
Phone: 778.232.7053
Fax:
Email: erwinsinghbraich@yahoo.com

☐ Via Email
☐ Via Facsimile
☐ Via Federal Express
☐ Via Hand Delivery
☒ Via U.S. Mail

    I declare under penalty of perjury under the laws of the State of Washington that the

foregoing is true and correct.

    Dated this 29th day of November, 2007 at Seattle, Washington.

  /s/ Shelley Meyer_____
Shelley Meyer, Legal Assistant

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 2

474.01 hk294801 11/29/07