HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE MITTELSTAEDT; KEITH M. OLSON; THE CITY OF BELLINGHAM; TYLER LETEY; SHREE SHARMA; THE STATE OF WASHINGTON; BRIAN G. McLEAN; McLEAN & ARMSTRONG; ROBERT RUSKO; DAVID WOOD; KPMG, INC.; KPMG LLP; RCMP SARGEANT TIM ALDER; THE GOVERNMENT OF CANADA; and JOHN/JANE DOES 1-10,<br><br>　　　　　　　　Defendants. | No. 2:07-cv-00177-JCC<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on this date, I electronically filed the following:

1. Reply in Support of KPMG Defendants' Renewed Motion to Dismiss;

2. Declaration of Jonathan Tweedale in Support of the KPMG Defendants' Renewed Motion to Dismiss; and

3. this Certificate of Service

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

1   with the Clerk of the Court using the CM/ECF system which will send notification of such
2   filing to **Priscilla To-Yin Chan, Peter M Ruffatto, David Thomas Wendel, Richard**
3   **Steven Puz, Jerry Stehlik, Donald E. Hacker, Jr. and Erwin Singh Braich.**
4
5   I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
6
7   Dated this 9th day of January, 2008 at Seattle, Washington.
8
9             /s/ Shelley Meyer
              Shelley Meyer, Legal Assistant
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE
NO. 2:07-cv-00177-JCC – Page 2

**YARMUTH WILSDON CALFO PLLC**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

474.01 ia093501 1/9/08