UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>                Plaintiff,<br><br>     v.<br><br>STEVE MITTELSTAEDT, et al.,<br><br>                Defendants. | CASE NO. 07-177BHS<br><br>ORDER GRANTING THE KPMG DEFENDANTS' RENEWED MOTION TO DISMISS |

This matter comes before the Court on the KPMG Defendants' Renewed Motion to Dismiss (Dkt. 93), filed on behalf of Defendants KPMG Inc., KPMG LLP, Robert Rusko, and David Wood (collectively, the "KPMG Defendants"). Having considered the KPMG Defendants' motion, the response by Plaintiff Erwin Singh Braich, and the KPMG Defendants' reply, and being fully apprised, the Court **ORDERS** as follows:

The KPMG Defendants' Renewed Motion to Dismiss is hereby **GRANTED.** Plaintiff's claims against KPMG Inc., KPMG LLP, Robert Rusko, and David Wood are **DISMISSED without prejudice.**

DATED this 22nd day of January, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER