The Honorable Benjamin H. Settle

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | | |
|---|---|---|
| ERWIN SINGH BRAICH, | ) | No. CV7 0177C |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | [PROPOSED] |
| STEVE MITTELSTAEDT, et al, | ) | **ORDER DISMISSING** |
| | ) | **COMPLAINT AGAINST MCLEAN** |
| Defendant. | ) | **DEFENDANTS** |
| _____ | ) | |

THIS MATTER comes before the Court on McLean Defendants Renewed Motion to Dismiss filed on behalf of Defendants Brian G.N. McLean and McLean & Armstrong LLP (collectively, the "McLean Defendants"). The Court, having considered the McLean Parties' motion, the response filed by the Plaintiff Erwin Singh Braich, and the McLean Parties' reply, and being otherwise duly advised, the Court **ORDERS** as follows:

The McLean Defendants' Renewed Motion to Dismiss is hereby **GRANTED**. Plaintiff's claims against Brian G.N. McLean and McLean & Armstrong LLP are **DISMISSED without prejudice**.

//

Order Dismissing Complaint Against McLean Defendants - 1

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

W:\CLIENTS\2713\103\renewed dismissal order.doc

1    DATED this _____ day of March, 2008.

2

3                                            _____
                                             The Honorable Benjamin H. Settle
                                             United State District Court Judge
4    Presented by:

5
     BUCKNELL STEHLIK SATO & STUBNER, LLP
6

7       /s/ Jerry N. Stehlik
     Jerry N. Stehlik, WSBA #13050
8    of Attorneys for Defendants Brian G.N. McLean
     and McLean & Armstrong, LLP
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Order Dismissing Complaint Against McLean Defendants - 2

W:\CLIENTS\2713\103\renewed dismissal order.doc

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277