The Honorable Benjamin H. Settle

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | | |
|---|---|---|
| ERWIN SINGH BRAICH, | ) | No. CV7 0177C |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STEVE MITTELSTAEDT, et al, | ) | **AFFIDAVIT OF MAILING** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Christie Percy states:

That she is now and at all times mentioned herein, a citizen of the United States of America, a resident of the state of Washington, and over the age of twenty-one years, not a party to the above entitled action or interested therein; and competent to be a witness in this cause.

That on the 11th day of March, 2008, the following document was deposited in the United States mail, postage prepaid:

BRIAN G.N. McLEAN'S AND McLEAN & ARMSTRONG LLP'S RENEWED MOTION TO DISMISS

in the above entitled matter, addressed to:

Erwin Singh Braich
33474 Kingsley Terrace
Abbotsford, British Columbia
Canada V2S 6J6

Affidavit of Mailing - 1

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

W:\CLIENTS\2713\103\mailing affidavit.doc

1  I declare under penalty of perjury that the foregoing is true and correct.

2  DATED this 11th day of March, 2008.

3

4                           /s/ Christie Percy
                                Christie Percy

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Affidavit of Mailing - 2

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

W:\CLIENTS\2713\103\mailing affidavit.doc