Print Form

**Instructions for use:**

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Sign with "s/" if appropriate, save the form, and file it electronically. OR
4. Print, sign the document, scan, and file.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Erwin Singh Braich

    Plaintiff(s),

v.

Steve Mittelstaedt et al.,

    Defendant(s).

**NOTICE OF CIVIL APPEAL**

07-177BHS
(Case Number)

Benjamin H. Settle
(District Court Judge)

Notice is hereby given that Erwin Singh Braich
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

ORDER'S GRANTING STATE, KPMG and CITY OF BELLINGHAM DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(Name of Order/Judgment)

entered in this action on January 24th, 22nd and 22nd of 2007.
(Date of Order)

Erwin Singh Braich
33474 Kingsley Terrace
Abbotsford, B.C.
Canada
(778) 232 - 7053

February 21st, 2008
Dated

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

**NOTICE OF CIVIL APPEAL**