District Judge Benjamin Settle

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br><br><br>STEVE MITTELSTAEDT, ET AL.,<br><br>　　　　　Defendants. | No. CV7-0177 BHS<br><br>PLAINTIFF'S RESPONSE TO BRIAN McLEAN'S AND McLEAN & ARMSTRONG LLP'S RENEWED MOTION TO DISMISS |

COMES NOW Plaintiff, Erwin Singh Braich, to hereby request that the Court consider all previously filed materials in this case when ruling on Brian McLean and McLean & Armstrong LLP's motion to dismiss.

DATED this 3rd day of March 2008.

_____
Erwin Singh Braich
Plaintiff