1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

ERWIN SINGH BRAICH,

9

Plaintiff,

CASE NO. 07-177BHS

10

v.

11

STEVE MITTELSTAEDT, et al.,

12

Defendants.

ORDER GRANTING BRIAN
G.N. MCLEAN'S AND
MCLEAN & ARMSTRONG
LLP'S RENEWED MOTION
TO DISMISS

13

14

15

This matter comes before the Court on Brian G.N. McClean's and McClean &

16

Armstrong LLP's Renewed Motion to Dismiss (Dkt. 127). Having considered

17

Defendants' motion, the response by Plaintiff Erwin Singh Braich, and Defendants' reply,

18

and being fully apprised, the Court **ORDERS** as follows:

19

Brian G.N. McClean's and McClean & Armstrong LLP's Renewed Motion to

20

Dismiss (Dkt. 127) is hereby **GRANTED.** Plaintiff's claims against Brian G.N.

21

McClean's and McClean & Armstrong LLP's are **DISMISSED without prejudice.**

22

DATED this 14th day of March, 2008.

23

24

25

26

27

28

BENJAMIN H. SETTLE
United States District Judge

ORDER