FILED

APR 18 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>         Plaintiff - Appellant,<br><br>   v.<br><br>STEVE MITTELSTAEDT, individually and in his official capacity as an employee of the Department of Homeland Security; et al.,<br><br>         Defendants - Appellees. | No. 08-35157<br><br>D.C. No. CV-07-00177-BHS<br>Western District of Washington, Seattle<br><br>ORDER |

Before: B. FLETCHER, FISHER and PAEZ, Circuit Judges.

Appellees' motion to dismiss this appeal for lack of jurisdiction is granted. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule).

MF/Pro Se