UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ERWIN SINGH BRAICH,<br><br>            Plaintiff - Appellant,<br><br>   V.<br><br>STEVE MITTELSTAEDT, individually and in his official capacity as an employee of the Department of Homeland Security; KEITH M. OLSON, individually and in his official capacity as an employee of the Department of Homeland Security; CITY OF BELLINGHAM; TYLER LETEY, individually and in his official capacity as an employee of the State of Washington; SHREE SHARMA, individually and in his official capacity as an employee of the State of Washington; DEBORAH BORTNER, individually and in her official capacity as an employee of the State of Washington; STATE OF WASHINGTON BRIAN G. MCLEAN, individually and in his official capacity as an agent on behalf of the government of Canada; MCLEAN ARMSTRONG, a Canadian law firm; ROBERT RUSKO, individually and in his capacity as an agent on behalf of the government of Canada; DAVID WOOD, individually and in his capacity as an agent on behalf of the government of Canada; KPMG INC individually and in its official capacity as an agent on behalf of the government of Canada; KPMG LLP; JOHN & JANE DOES, | No.   08-35157<br>D.C. No.  CV-07-00177-BHS<br>Western District of Washington, Seattle<br><br>**MANDATE** |

Defendants - Appellees.

The judgment of this Court, entered 4/18/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Gabriela Van Allen
Deputy Clerk