**United States District Court**
WESTERN DISTRICT OF WASHINGTON

ERWIN SINGH BRAICH,

        Plaintiff,

v.

STEVE MITTELSTAEDT, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-0177BHS

☐ **Jury Verdict**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **Decision by Court**  This action came on before the Court on KPMG Defendants' renewed motion to dismiss (Dkt. 93), on Defendant the City of Bellingham's motion for summary judgment (Dkt. 85), on State Defendants' motion for summary judgment (Dkt. 76), on Brian G.N. McClean's and McClean & Armstrong LLP's renewed motion to dismiss (Dkt. 127), and on Defendants' motion to dismiss or, in the alternative, for summary judgment (Dkt. 137). The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED

The KPMG Defendants' Renewed Motion to Dismiss is hereby GRANTED. Plaintiff's claims against KPMG Inc., KPMG LLP, Robert Rusko, and David Wood are DISMISSED without prejudice. Defendant the City of Bellingham's motion for summary judgment is hereby GRANTED. All claims against the City of Bellingham and any John/Jane Defendants who may be employed by the City of Bellingham are hereby DISMISSED with prejudice. State Defendants' motion for summary judgment is hereby GRANTED. All claims against State Defendants are hereby DISMISSED with prejudice. Brian G.N. McClean's and McClean and Armstrong LLP's renewed motion to dismiss is hereby GRANTED. Plaintiff's claims against Brian G.N. McClean's and McClean & Armstrong LLP's are DISMISSED without prejudice. Defendants' motion to dismiss or, in the alternative, for summary judgment is hereby GRANTED. All claims against Defendants Steven Mittelstaedt and Keith Olson are hereby DISMISSED with prejudice.

DATE:   May 14, 2008

                      BRUCE RIFKIN
                      Clerk

                      /*s/ Rhonda Miller*
                      (By) Deputy Clerk